# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| THOMAS W. CURTIS, | Case No. 2:20-cv-02127-RFB-VCF |
| Plaintiff, | |
| vs. | **ORDER** |
| HILTON HOTEL INC, | |
| Defendant. | |

This Court denied pro se plaintiff Thomas W. Curtis's incomplete application to proceed in forma pauperis without prejudice. (ECF Nos. 5). The Court ordered the plaintiff to either file a complete application or pay the filing fee in full by February 4, 2021. (*Id.*) Plaintiff has not to date filed an application to proceed in forma pauperis or pay the filing fee. It appears that plaintiff has abandoned this litigation. A complaint has not been lodged in this matter since the filing fee was not paid.

ACCORDINGLY,

IT IS ORDERED that Clerk of Court administratively close this case.

IT IS SO ORDERED.

DATED this 8th day of February 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE